**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **TAMOND THOMAS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1595-G** |
| | ) | |
| **WARDEN,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

On June 29, 2026, Petitioner Tamond Thomas filed this action seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2241. *See* Pet. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Chris M. Stephens for initial proceedings.

On July 30, 2026, Judge Stephens issued a Report and Recommendation ("R. & R.," Doc. No. 8), in which he recommended dismissal due to Petitioner's failure to comply with the Court's Order and applicable rules. *See id.* at 1-3; Fed. R. Civ. P. 41(b), 81(a)(4). In the R. & R., Judge Stephens advised Petitioner of his right to object to the R. & R. by August 20, 2026. Judge Stephens also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

The R. & R. was mailed to Petitioner at several addresses on record but returned from each as undeliverable, *see* Doc. Nos. 12, 13, 14. As of this date, Petitioner has not submitted an objection to the R. & R. or sought leave for additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 8) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 18th day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge